DOWNING ASSOCIATES, INC.

v.

Sandra L. RICKET et al.

No. 82–405–M.P.

Supreme Court of Rhode Island.

Jan. 6, 1983.

Selya & Iannuccillo, Inc., John G. Hines, Providence, for plaintiff.

A. William Gelfuso, Paul A. Sassi, Robert A. Ragosta, Cranston, for defendants.

ORDER

The petition for writ of certiorari is denied.

Richard PARKER et al.

v.

The CITY OF PROVIDENCE et al.

No. 82–471–M.P.

Supreme Court of Rhode Island.

Jan. 6, 1983.

Stephen E. Cicilline, Providence, for petitioners.

Edward R. DiPippo, Frank Mastrati, Jr. Asst. City Sols., Providence, for respondents.

ORDER

The petition for writ of certiorari is denied.

David LUCIER et al.

v.

Robert J. WARD et al.

No. 82–509–M.P.

Supreme Court of Rhode Island.

Jan. 6, 1983.

Revens & DeLuca, Ltd., Kevin M. Hayes, Warwick, for petitioners.

Frederick N. Costello, Asst. City Sol., Petrarca & McGair, Louis A. Petrarca, Jr., Warwick, for intervenors.

ORDER

The petition for writ of certiorari is denied.

Barbara RUGGIANO

v.

The MIRIAM HOSPITAL et al.

No. 82–278–A.

Supreme Court of Rhode Island.

Jan. 6, 1983.

John F. McBurney, Pawtucket, for plaintiff.

Roberts, Carroll, Feldstein & Tucker, David W. Carroll, Providence, for defendants.

ORDER

The defendants' motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.